LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

BEAU D. BORUTTA,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

No. EDCV 17-00473 PLA

<u>ORDER AWARDING EAJA FEES</u>

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND THIRTY-NINE DOLLARS AND 15/100 ($3,039.15) subject to the terms of the stipulation.

DATE: February 20, 2018    _____

HON. PAUL L. ABRAMS,
UNITED STATES MAGISTRATE JUDGE

-1-